# Northshore Ambulance Service Acquisition

Allocation:

Ambulances

1. 2005 Ford, Type III, $35K
2. 2006 Ford, Type III, $45K
3. 2004 Hummer H2, $15K
4. 2003 Ford, Type III, $20K
5. 2006 Ford, Type II, $25K
6. 2002 Ford, Type II, $15K
7. 2006 Ford, Type II, $25K
8. 1998 Chevy Tahoe, $5K
9. 2005 Ford, Type II, $25K
10. 2006 Ford, Type II, $25K
11. 2002 Ford, Type II, $15K

|  | Total | $250,000.00 |
|--|--|--|

Wheelchair Vans

1. 2003 Ford, $10K
2. 2006 Ford, $15K
3. 2006 Ford, $15K
4. 2001 Ford, $5K
5. 2005 Ford, $10K
6. 2001 Ford, $5K

|  | Total | $60,000.00 |
|--|--|--|

Miscellaneous Disposable Medical Equipment        $10,000.00

Medical Equipment

a. 7 ALS Monitors @ $7K each.  7 AED's @ $1K each.
b. Stretchers and Stair Chairs, $2K x 12 Ambulances
c. Mass Req. Equipment     $5K x 12 Ambulances
d. Miscellaneous         $10,000

|  | Total | $150,000.00 |
|--|--|--|

Radio and Communication Equipment

a. In vehicle $1Kx18,         $18,000
b. Dispatch Equipment, 4 Stations at $5K each or $20K
c.

|  | Total | $38,000.00 |
|--|--|--|

Computer Equipment

   a. 20 Desktops @ $1K each
   b. 3 Servers, 2 switches and 4 UPS, $20K
   c. 14 Panasonic Toughbooks, $2K each

                                          Total      $68,000.00

Office Furniture

   a. 18 workstations at $2K each
   b. File cabs, ext equipment $6K

                                          Total      $42,000.00

Marketing and PR equipment                            $12,000.00

   a. Andy the Ambulance, Robot, 8 mo. Old, $6K
   b. Trade Display, 6 months old. $6K

Mechanical Repair equipment                            $20,000.00

   a. 3 HD vehicle lifts    $5K each
   b. Spare parts and Misc Equip. $5K

Base equipment and Furniture                            $5,000.00

                          *Total Equipment*      *$655,000.00*

                          *Contracts and Good Will*

   1. *City of Salem*
   2. *Town of Marblehead*
   3. *Northshore MRI*
            *Total*      *$220,000.00*

                        *Total Purchase Price*      $875,000.00

Robert Dionne, Northshore Ambulance Service, Inc.    Dennis Cataldo, Cataldo Ambulance Service, Inc

_____               _____